Bessie **THURMAN** et al., Plaintiffs-Appellants,

v.

**HUMPHREY'S COUNTY SCHOOL DIS-TRICT** et al., Defendants-Appellees.

No. 30530.

United States Court of Appeals, Fifth Circuit.

June 16, 1971.

John McCreery, Greenwood, Miss., John Brittain, Jr., James A. Lewis, Oxford, Miss., for plaintiffs-appellants.

Hardy Lott, Greenwood, Miss., James T. Bridges, Belzoni, Miss., for defendants-appellees.

Before GEWIN, GOLDBERG, and DYER, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

---

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.